# EXHIBIT 1

PROGRESSIVE
P.O. BOX 31260
TAMPA, FL 33631



MATTHEW GURNIAK
2500 CLARENDON BLVD
102
ARLINGTON, VA 22201

**Policy Number: 988662347**
NAIC: 21727
Underwritten by:
Progressive Universal Insurance Co
April 1, 2025
Policy Period:  Apr 29, 2025 - Oct 29, 2025
Page 1 of  2

**progressive.com**
**Online Service**
Make payments, check billing activity, update
policy information or check status of a claim.

**1-800-776-4737**
For customer service and claims service,
24 hours a day, 7 days a week.

# Auto Insurance
# Coverage Summary
## This is your Renewal
## Declarations Page

The coverages, limits and policy period shown apply only if you pay for this policy to renew.

Your coverage begins on April 29, 2025 at 12:01 a.m.  This policy expires on October 29, 2025 at 12:01 a.m.

Your insurance policy and any policy endorsements contain a full explanation of your coverage.  The policy contract is form PP0001 VA (09/18).  The contract is modified by form PP1403 (07/23).

## Drivers and household residents

**Matthew Gurniak**

Additional information: Named insured

## Outline of coverage

**2016 HONDA CIVIC 4 DOOR SEDAN**
VIN: **19XFC1F78GE214375**
Garaging ZIP Code: 22201
Primary use of the vehicle:  Pleasure/Personal
Annual miles: 4,000 - 5,999
Length of vehicle ownership when policy started or vehicle added: At least 3 years but less than 5 years

| | Limits | Deductible | Premium |
|---|---|---|---|
| Liability Coverage | | | $264 |
|   Bodily Injury Liability | $250,000 each person/$500,000 each accident | | |
|   Property Damage Liability | $100,000 each accident | | |
| Uninsured Motorists | | | 23 |
|   Uninsured Motorists Bodily Injury | $250,000 each person/$500,000 each accident | | |
|   Uninsured Motorists Property Damage | $100,000 each accident | | |
| Other Than Collision | Actual Cash Value | $500 | 24 |
| Collision | Actual Cash Value | $500 | 86 |
| **Total 6 month policy premium** | | | **$397.00** |

## Limitation on payments for Uninsured Motorist Property Damage

There will be an exclusion for the first $200 of property damage caused by an uninsured motorist if the owner or operator of the uninsured vehicle is not identified.

Form 6489 VA (08/22)


Continued

Policy Number:  988662347

Matthew Gurniak

Page 2   of 2

## Premium discounts

Policy

988662347                                           Paid in Full, Five-Year Accident Free, Online Quote, Continuous Insurance:
                                                    Platinum, Paperless and Three-Year Safe Driving

Form 6489 VA (08/22)